IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PHILLIP WOODS, and HEATHER TAPIA, <br><br> Plaintiffs, <br><br> vs. <br><br> NCB MANAGEMENT SERVICES, INC., <br><br> Defendant. | 4:24CV3117 <br><br> **ORDER OF DISMISSAL** |

This matter is before the Court on the parties' Stipulation of Dismissal With Prejudice (Filing No. 14). Having considered the matter, the Court will accept the Stipulation.

Accordingly,

**IT IS ORDERED** that this case is dismissed with prejudice, with the parties to bear their own fees and costs.

Dated this 30th day of September, 2024.

BY THE COURT:

*Susan M. Bazis*
Susan M. Bazis
United States District Judge